**COLVIN v. BADGETT**

[343 N.C. 300 (1996)]

BENJAMIN L. COLVIN, ADMINISTRATOR OF THE ESTATE OF MARGARET T. COLVIN, DECEASED, AND BENJAMIN L. COLVIN, PLAINTIFFS v. GLENN EDWARD BADGETT, DEFENDANT AND THIRD-PARTY PLAINTIFF v. WENDELL SANDERFORD McDONALD, THIRD-PARTY DEFENDANT

No. 508A95

(Filed 10 May 1996)

Appeal by defendant and third-party plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 810, 463 S.E.2d 778 (1995), granting the plaintiff a new trial. Heard in the Supreme Court 10 April 1996.

*Ligon & Hinton, by George Ligon, Jr., for plaintiff-appellee.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by Steven M. Sartorio, for defendant and third-party plaintiff-appellant.*

PER CURIAM.

AFFIRMED.